```
      IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


ANTHONY BOWMAN,                )
                               )
     Plaintiff,                )
                               )           CIVIL ACTION NO.
     v.                        )            2:11cv1046-MHT
                               )                (WO)
RELIANCE STANDARD LIFE         )
INSURANCE CO.,                 )
                               )
     Defendant.                )
```

FINAL SUBMISSION ORDER

Based upon the representations made by counsel for all parties during a status conference on January 27, 2012, and with their agreement, it is ORDERED as follows:

(1) This lawsuit is set for final submission, without oral argument, on August 10, 2012.

(2) The parties are allowed until May 18, 2012, to complete discovery and the depositions of all persons whose testimony will be made part of the evidentiary record.

(3) By May 25, 2012, the parties are jointly to develop and submit to the court a record of the

evidence--depositions, stipulations, affidavits, etc.--that they intend the court to rely upon.  The record should be sequentially numbered, that is, Bates-stamped, such that the parties and the court can quickly refer to the entire record by page number.  If the record is more than 100 pages, it should be broken down into volumes.  The record should begin with a table of contents that indicates the volume and Bates page number on which each document begins.

    (4) Plaintiff is to file his brief by June 29, 2012.

    (5) Defendant is to file its brief by July 27, 2012.

    (6) Plaintiff may file a reply brief by August 10, 2012.

    (7) When the parties refer to evidence in their briefs, they must cite the specific document, volume, and Bates-stamped page number where the evidence can be found in the evidentiary record.  When citing to a lengthy document, the parties should also identify the relevant

page number within the document.  A brief which fails to comply with these requirements will be struck.

(8) In light of this agreed-upon disposition without a trial, the parties are no longer to file dispositive motions, that is, summary-judgment or dismissal motions.

DONE, this the 30th day of January, 2012.

                      /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE